IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3089 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JORGE DARYEO SARDINAS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 40) has been rescheduled before the undersigned United States district judge to 12:45 p.m., Wednesday, December 14, 2005, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant is held to have waived his right to be present.

November 18, 2005.                    BY THE COURT:

                                                                         s/ *Richard G. Kopf*
                                                                         United States District Judge